### Hyacinth Browne *v.* Ethel Peters

The defendant's petition for certification for appeal from the Appellate Session of the Superior Court is denied.

*Bruce A. Morrison,* in support of the petition.

*Roslyn Z. P. Montlick,* in opposition.

Submitted April 23—decided May 4, 1976

### Maurice Pecor et al. *v.* Town of Litchfield

The defendant's motion for review in the appeal from the Superior Court in Litchfield County is granted and the court is directed to file with this court a finding, such as circumstances permit.

*David B. Losee,* in support of the motion.

Submitted April 26—decided May 6, 1976

### Charles Carino *v.* John Watson

The defendant's motion for a review of the order of the Superior Court in Hartford County granting bail to the plaintiff is granted. The matter will be assigned for a hearing by this court at its June, 1976, term. Counsel are directed to file any supplemental briefs on or before May 24, 1976.

*Robert E. Beach, Jr.,* assistant state's attorney, in support of the motion.

Submitted April 29—decided May 6, 1976

### Noel Fricke *v.* Carole G. Fricke

The defendant's motion dated April 9, 1976, to stay the appeal from the Superior Court in Hartford County is dismissed.

*Thomas F. Parker,* in support of the motion.